**CHRISTOPHER V. YERGENSEN, ESQ.**
**Nevada Bar No. 6183**
**395 Gatlinburg Ct.**
**Henderson, NV 89012**
**T: 702-303-4688**
**E: chrisyerg@gmail.com**
**Attorneys for Plaintiffs**
**RONALD HAUS AND EVA BEROU**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RONALD HAUS, an individual; and EVA BEROU, and individual, | Case No. 2:20-cv-00263-RFB-NJK |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND** |
| v. | **(Second Request)** |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09; SABLES LLC, a Nevada Limited Liability Company; DOE individuals 1 through 10; and ROE Corporations 1 through 10, inclusive, | |
| Defendants. | |

This is the Second Request to Extend the time to Respond, the First Request was denied without prejudice. IT IS HEREBY STIPULATED AND AGREED between Defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09 ("Defendant") and Plaintiffs, RONALD HAUS and EVA BEROU ("Plaintiffs") (collectively the "Parties"), by and through their undersigned attorneys, that Defendant shall have up to and including April 7, 2020 to file a Response to Plaintiffs' Complaint.

This is the Parties' second request for an extension and is not intended to cause any delay or prejudice to any party. The Parties request said extension for three reasons. First, Defendant has been made

1

aware of two prior cases in both the Nevada State[1] and Federal[2] courts involving these parties and the subject property. The Federal case was appealed to the Ninth Circuit. The Nevada state case spanned five-years, and numerous motions and other documents were filed in both prior cases. Defendant therefore requires time to evaluate the impact of those cases on the case currently at bar.

Second, the parties are currently exploring the settlement of this case. In order to save time, fees, and costs, the Parties may be able to negotiate this case prior to the Defendants' response to the Complaint.

Third, the Parties are exploring whether this case involves a question of first impression under NRS 206.140 and whether that question should be first certified to the Nevada Supreme Court. Defendant does not stipulate that this case contains an issue of first impression, rather Defendant asserts that more time is necessary to evaluate this case to determine as much, should settlement not be achievable in the coming days.

In order to promote judicial economy and efficiency, the Parties respectfully request an extension on the time for Defendant to file a response to the Plaintiffs' Complaint and stipulate to the extension of said deadline until April 7, 2020.

///
///
///
///
///
///
///
///
///
///
///

---

[1] EJDC Case No. A-15-721393-C.
[2] USDCNV Case No. 2:17-cv-01466-JCM-NJK.

3591155.1

Trial has not been set in this case yet.

**IT IS SO STIPULATED.**

DATED: March 6, 2020                           DATED: March 6, 2020

WOLFE & WYMAN LLP

By: */s/ Racheal A. Ross, Esq.*          By: *  /s/ Christopher V. Yergensen, Esq.  *
   RACHEAL A. ROSS, ESQ.                      CHRISTOPHER V. YERGENSEN, ESQ.
   Nevada State Bar No. 14943                 Nevada Bar No. 6183
   6757 Spencer Street                        395 Gatlinburg Ct.
   Las Vegas, NV 89119                        Henderson, NV 89012
   Attorneys for Defendant                    Attorney for Plaintiffs
   THE BANK OF NEW YORK MELLON                RONALD HAUS and EVA BEROU
   FKA THE BANK OF NEW YORK AS
   TRUSTEE FOR THE BENEFIT OF THE
   CERTIFICATE HOLDERS OF THE
   CWALT, INC., ALTERNATIVE LOAN
   TRUST 2004-J09, MORTGAGE PASS
   THROUGH CERTIFICATES, SERIES
   2004-J09

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09 shall have up to and including April 7, 2020 to file a Response to Plaintiffs' Complaint.

**IT IS SO ORDERED**.

DATED:  March 13, 2020

By: _____
        United States Magistrate Judge

3591155.1