CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
395 Gatlinburg Court
Henderson, NV 89012
Telephone:      (702) 303-4688
Email:            chrisyerg@gmail.com

*Attorney for Plaintiff,*
*Ronald Haus and Eva Berou*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD HAUS, an individual; and EVA BEROU, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09; SABLES LLC, a Nevada limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO.: 2:20-cv-00263-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

        Plaintiffs, Ron Haus and Eva Berou, and Defendant, Bank of New York Mellon, by and through their respective counsel of record, respectfully submit this stipulation and order to continue the time for Plaintiffs to respond to Defendant's Motion to Dismiss (ECF No. 16) currently due April 20, 2020.   Under the current circumstances due to the coronavirus pandemic, other matters and issues have consumed the limited time of Counsel for Plaintiffs.  This is the first request for an extension and is not intended to prejudicially delay this matter.  Plaintiffs request a 10-day extension so that Plaintiff's response now to be due due April 30, 2020.

///

1    DATED this 20th day of April, 2020.      DATED this 20th day of April, 2020.

2    AKERMAN LLP      CHRISTOPHER V. YERGENSEN, ESQ.

3

   */s/ Nicholas Belay*       */s/ Christopher V. Yergensen*

4    Nicholas E. Belay, Esq.       Christopher V. Yergensen, Esq.

     Nevada Bar No. 15175       Nevada Bar No. 6183

5    1635 Village Center Circle, Suite 200    395 Gatlinburg Court

6    Las Vegas, NV 89134       Henderson, NV 89012

     *Attorneys for Defendant*       *Attorney for Plaintiffs*

7    *Bank of New York Mellon, N.A.*      *Ron Haus and Eva Berou.*

8

9

10      **IT IS SO ORDERED**.

11

12    RICHARD F. BOULWARE, II

13    UNITED STATES DISTRICT JUDGE

14    DATED this   21st day of April, 2020.

15

16

17

18

19

20

21

22

23

24

25

26

27

28