CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
395 Gatlinburg Court
Henderson, NV 89012
Telephone:     (702) 303-4688
Email:         chrisyerg@gmail.com

*Attorney for Plaintiff,*
*Ronald Haus and Eva Berou*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD HAUS, an individual; and EVA BEROU, an individual,<br><br>Plaintiffs,<br>vs.<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09; SABLES LLC, a Nevada limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00263-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (SECOND REQUEST)** |

Plaintiffs, Ron Haus and Eva Berou, and Defendant, Bank of New York Mellon, by and through their respective counsel of record, respectfully submit this stipulation and order to continue the time for Plaintiffs to respond to Defendant's Motion to Dismiss (ECF No. 16) currently due April 30, 2020.   Under the current circumstances due to the coronavirus pandemic, lack of staff and other matters and issues have consumed the limited time of Counsel for Plaintiffs.  This is the second request for an extension and is not intended to prejudicially delay this matter.  Plaintiffs request a 10-day extension so that Plaintiff's response now to be due May 11, 2020.

///

1

| | |
|---|---|
| DATED this 30th day of April, 2020. | DATED this 30th day of April, 2020. |
| AKERMAN LLP | CHRISTOPHER V. YERGENSEN, ESQ. |
| /s/ Nicholas Belay | /s/ Christopher V. Yergensen |
| Nicholas E. Belay, Esq.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Defendant*<br>*Bank of New York Mellon, N.A.* | Christopher V. Yergensen, Esq.<br>Nevada Bar No. 6183<br>395 Gatlinburg Court<br>Henderson, NV 89012<br>*Attorney for Plaintiffs*<br>*Ron Haus and Eva Berou.* |

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of May, 2020.

2