CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
**BLACK & LOBELLO**
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Telephone: (702)869-8801
Email: cyergensen@blacklobello.law

*Attorney for Plaintiff,*
*Ronald Haus and Eva Berou*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD HAUS, an individual; and EVA BEROU, an individual,<br><br>Plaintiffs,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09; SABLES LLC, a Nevada limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00263-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FOURTH REQUEST)** |

Plaintiffs, Ron Haus and Eva Berou, and Defendant, Bank of New York Mellon, by and through their respective counsel of record, respectfully submit this stipulation and order to continue the time for Plaintiffs to respond to Defendant's Motion to Dismiss (ECF No. 16) currently due May 21, 2020. Under the current circumstances due to the coronavirus pandemic, lack of staff and other matters and issues have consumed the limited time of Counsel for Plaintiffs. This is the fourth request for an extension and is not intended to prejudicially delay this matter. Plaintiffs request a 10-day extension so that Plaintiff's response now to be due June 1, 2020.

///

DATED this 21st day of May, 2020.

AKERMAN LLP

/s/ Nicholas Belay
Nicholas E. Belay, Esq.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Defendant*
*Bank of New York Mellon, N.A.*

DATED this 21st day of May, 2020.

BLACK & LOBELLO

/s/ Christopher V. Yergensen
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
*Attorney for Plaintiffs*
*Ron Haus and Eva Berou.*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of May, 2020.