CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
BLACK & LOBELLO
10777 W. Twain, Suite 300
Las Vegas, NV 89135
Telephone:   (702) 869-8801
Fax:             (702) 869-2669
Email:          chrisyergensen@blacklobello.law

*Attorney for Plaintiff,*
*Ronald Haus and Eva Berou*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD HAUS, an individual; and EVA BEROU, an individual,<br><br>Plaintiffs,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09; SABLES LLC, a Nevada limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00263-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FOURTH REQUEST)** |

  Plaintiffs, Ron Haus and Eva Berou, and Defendant, Bank of New York Mellon, by and through their respective counsel of record, respectfully submit this stipulation and order to continue the time for Plaintiffs to respond to Defendant's Motion to Dismiss (ECF No. 16) currently due June 1, 2020. Under the current circumstances due to the coronavirus pandemic, lack of staff and other matters and issues have consumed the limited time of Counsel for Plaintiffs, as well as Counsel relocating with another law firm. This is the fourth request for an extension and is not

intended to prejudicially delay this matter.  Plaintiffs request a 10-day extension so that Plaintiff's response now to be due June 11, 2020.

DATED this 1st day of June, 2020.                    DATED this 1st day of June, 2020.

AKERMAN LLP                                                    CHRISTOPHER V. YERGENSEN, ESQ.

*/s/ Nicholas Belay*                                                  */s/ Christopher V. Yergensen*
Nicholas E. Belay, Esq.                                        Christopher V. Yergensen, Esq.
Nevada Bar No. 15175                                         Nevada Bar No. 6183
1635 Village Center Circle, Suite 200               BLACK & LOBELLO
Las Vegas, NV 89134                                           10777 W. Twain Ave., Suite 300
*Attorneys for Defendant*                                    Las Vegas, NV 89135
*Bank of New York Mellon, N.A.*                        *Attorney for Plaintiffs,*
                                                                              *Ron Haus and Eva Berou.*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of June, 2020.