**SAO**
**BLACK & WADHAMS**
Chris V. Yergensen, Esq.
Nevada Bar No. 6183
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: cyergensen@blackwadhams.law
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD HAUS, an individual; and EVA BEROU, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09; SABLES LLC, a Nevada limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00263-RFB-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE DATE FOR MOTION FOR SUMMARY JUDGMENT** |

Ronald Haus and Eva Berou ("Plaintiffs") and The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-J09 Mortgage Pass Through Certificates Series 2004-J09; Sables, LLC (collectively, "Defendants"), by and through their undersigned counsel, do hereby stipulate and agree as follows:

1. On December 4, 2020, Defendants filed their Motion for Summary Judgment (the "Motion").

2. The parties agree that Plaintiffs' opposition to the Motion shall be due on or before January 18, 2021, due to the ongoing Covid-19 issues and the holidays.

IT IS SO STIPULATED.

Dated: December 28, 2020.                             Dated: December 28, 2020.

**BLACK & WADHAMS**                                   **AKERMAN, LLP**

By: /s/ Chris V. Yergensen                            By: /s/ Nicholas E. Belay
    CHRIS V. YERGENSEN, ESQ.                  NICHOLAS E. BELAY, ESQ.
    Nevada Bar #6322                            Nevada Bar #15175
    MARK LOUNSBURY, ESQ.                        1635 Village Center Circle, Suite 200
    Nevada Bar #15217                           Las Vegas, NV 89134
    10777 West Twain Ave, 3rd Floor
    Las Vegas, Nevada 89135                 *Attorneys for Defendants*

*Attorneys for Plaintiffs*

### ORDER

Based on the stipulation of the parties, by and through their respective attorneys of record, and for good cause shown, the Court enters the following orders:

IT IS HEREBY ORDERED that any opposition to the Motion shall be filed on or before January 18, 2021.

DATED this  29th  day of   December  , 2020.

_____
RICHARD E. BOULWARE, II
United States District Court

Submitted by:

BLACK & WADHAMS

By: /s/Chris V. Yergensen
    CHRIS V. YERGENSEN, ESQ.
    Nevada Bar No. 6183
    10777 W. Twain Ave., Suite 300
    Las Vegas, NV 89135
*Attorneys for Plaintiffs*