SAO
BLACK & WADHAMS
Chris V. Yergensen, Esq.
Nevada Bar No. 6183
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: cyergensen@blackwadhams.law
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD HAUS, an individual; and EVA BEROU, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09; SABLES LLC, a Nevada limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00263-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY SUPPORTING COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT MOTION [ECF 46]** |

Ronald Haus and Eva Berou ("Plaintiffs") and The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-J09 Mortgage Pass Through Certificates Series 2004-J09; ("Defendants"), by and through their undersigned counsel, do hereby stipulate and agree as follows:

On February 2, 2021, Defendants filed their Reply Supporting Motion for Summary Judgment (the "Motion") [ECF 46].

1. The parties agree that Plaintiffs' Reply Supporting Countermotion for Partial Summary Judgment shall be due on or before March 2, 2021.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 16, 2021. | Dated: February 16, 2021. |
| **BLACK & WADHAMS** | **AKERMAN, LLP** |
| By: /s/ Chris V. Yergensen<br>   CHRIS V. YERGENSEN, ESQ.<br>   Nevada Bar #6322<br>   MARK LOUNSBURY, ESQ.<br>   Nevada Bar #15217<br>   10777 West Twain Ave, 3rd Floor<br>   Las Vegas, Nevada 89135 | By:/s/ Nicholas E. Belay<br>   NICHOLAS E. BELAY, ESQ.<br>   Nevada Bar #15175<br>   1635 Village Center Circle, Suite 200<br>   Las Vegas, NV 89134 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

### ORDER

Based on the stipulation of the parties, by and through their respective attorneys of record, and for good cause shown, the Court enters the following orders:

IT IS HEREBY ORDERED that any response to the Motion shall be filed on or before March 2, 2021.

DATED this  17th  day of  February , 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

Submitted by:

BLACK & WADHAMS

By: /s/Chris V. Yergensen
    CHRIS V. YERGENSEN, ESQ.
    Nevada Bar No. 6183
    10777 W. Twain Ave., Suite 300
    Las Vegas, NV 89135
*Attorneys for Plaintiffs*